TRACY L. MAINGUY, Bar No. 176928
OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS- MULTI-SERVICES
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS et al.,

   Plaintiffs,

vs.

CELIK ENGINEERING CORPORATION, a California corporation; and HASMET CELIK, individually,

   Defendants.

Case No.: 05-0590 MMC

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**

DATE: June 10, 2005
TIME: 10:30 a.m.
PLACE: Courtroom 7, 19th Floor

/ / / / /

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON;
Case No. C-05-05-0590 MMC

- 1 -

1 | Plaintiffs and Defendants hereby stipulate and agree to continue the case management
2 | conference currently calendared for June 10, 2005 at 10:30 a.m. until July 29, 2005 at 10:30 a.m.
3 | The parties also stipulate that the case management conference statement and alternative dispute
4 | resolution stipulation will be filed no later than July 8, 2005. The parties agree to make their
5 | initial disclosures to each other no later than July 8, 2005. The reason for the continuance and
6 | stipulation to the above-referenced deadlines is that the Defendants were served with the
7 | complaint on May 24, 2005. Consequently, continuing the deadlines will enable the Defendants
8 | to respond to the complaint, and allow the parties to make their initial disclosures prior to the
9 | case management conference, which in turn, will enable the Court to issue a more realistic case
10 | management schedule. Continuing the case management conference will therefore preserve the
11 | resources of the Court and the parties.

DATED: 6/1/05

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

DATED: June 1, 2005

PALMER, KAZANJIAN, HOLDEN LLP

By: _____
TREAVER KENT HODSON
ATTORNEY FOR DEFENDANTS

//////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON;
Case No. C-05-05-0590 MMC

-2-

# ORDER

Good cause appearing, the case management conference relating to the above-captioned matter, which is currently calendared for June 10, 2005 at 10:30 a.m., is continued until July 29, 2005 at 10:30 a.m. The parties are also ordered to file their joint case management conference statement and Alternative Dispute Resolution Stipulation no later than July 8, 2005, and to make their initial disclosures to each other no later than July 8, 2005.

Dated:  June 2, 2005

/s/ Maxine M. Chesney
_____
MAXINE M. CHESNEY
HON. UNITED STATES DISTRICT JUDGE