July 18, 2005

**VIA E-FILING**

Judge Maxine M. Chesney
United Stated District Court
Northern District
450 Golden Gate Ave.
San Francisco, CA  94102

      Re:    Gil Crosthwaite, et al. v. Celik Engineering Cor., et al.
             USDC No. Dist. Case No. C05 0590 MMC

Dear Judge Chesney:

I hereby request to appear telephonically at the case management conference scheduled to commence on `July 29, 2005, at 10:30 a.m. in this matter.

If you have any questions, please call me directly (916/442-3552).

Very truly yours,

PALMER KAZANJIAN HOLDEN, LLP


Treaver K. Hodson

TKH:djo

All counsel shall appear telephonically at the case management conference.



IT IS SO ORDERED
Judge Maxine M. Chesney

Dated: July 25, 2005