Barry E. Hinkle, SBN: 071223
Concepción E. Lozano-Batista, SBN: 227227
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
(510) 337-1001; Fax: (510) 337-1023

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gil Crosthwaite, et al. | CASE NUMBER: C05-0590 MMC |
| Plaintiff(s) | |
| v. | SUBSTITUTION OF ATTORNEY |
| Celik Engineering Corporation, et al. | |
| Defendant(s) | |

Gil Crosthwaite
*Name of Party*

☐ Plaintiff  ☐ Defendant  ☐ Other _____

hereby substitutes Barry E. Hinkle, SBN: 071223; Linda Baldwin-Jones, SBN: 178922; and Concepcion E. Lozano-Batista, SBN: 227227  who is

☐ Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per  1001 Marina Village Parkway, Suite 200
*Street Address*

Alameda, CA 94501-1091      (510) 337-1001      (510) 337-1023      See above
*City, State, Zip Code*       *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of Tracy L. Mainguy

Dated: 10-13-05

*Signature of Party*
Wayne McBride

---

I have given proper notice pursuant to Local Rule 83-2 9.2 and further consent to the above substitution.

Dated: 10/4/05

*Signature of Present Attorney*
Tracy L. Mainguy

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8

Dated: September 30, 2005

*Signature of New Attorney*
Concepción E. Lozano-Batista

---

Substitution of Attorney is hereby  ☒ Approved.  ☐ Denied.

Dated: October 27, 2005

United States District Judge / Magistrate Judge

---

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)