March 10, 2006

**VIA E-FILING**

Judge Maxine M. Chesney
United States District Court
Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   Gil Crosthwaite, et al. v. Celik Engineering Corporation, et al.
      USDC No. Dist. Case No. C 05 0590 MMC

Dear Judge Chesney:

I hereby request to appear telephonically at the Further Status Conference, scheduled for March 17, 2006, at 10:30 a.m. in this matter.

If you have any questions, please call me directly.

Very truly yours,

/s/

Treaver K. Hodson

TKH/ic

## ORDER

Defendants' request to appear telephonically is hereby GRANTED, and all parties shall appear by telephone at the March 17, 2006 Further Status Conference

Dated: March 15, 2006



C:\Documents and Settings\ICuyun\Desktop\LETTER TO JUDGE.doc